AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   MJ20-493
The location more particularly described in Attachment A )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location):*

The location more particularly described in Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 13, 2020___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any Magistrate Judge in this District___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:   7/31/2020, 4:15pm   _____
                                              *Judge's signature*

City and state:   Seattle, Washington     Brian A. Tsuchida, United States Magistrate Judge
                                          *Printed name and title*

USAO 2019R00460

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ20-493 | 07/31/2020 6:00 pm | Left at Unit |

Inventory made in the presence of :
   DEA SA A. Delvecchio, DEA TFO Luke Brandeberry

Inventory of the property taken and name of any person(s) seized:

   ****NO ITEMS SEIZED****

# Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.  *[signed] 10/30/20*

Date:   10/11/2020

_____
*Executing officer's signature*

TFO Luke A. Brandeberry
*Printed name and title*